# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**William Hall**
                Plaintiff
   vs.                                **CASE NUMBER: 1:10-CV-1120 (NAM/CFH)**

**COUNTY OF SARATOGA, JOHN DOE, Individually and in his capacity as an Employee of the County of Saratoga, New York, Sheriff's Department and the Saratoga County Sheriff, LT. CORBET, JANE DOE, the persons intended being all Civilian personnel as employees or under Contract as independent medical personnel**
                Defendants

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' Motion for Summary Judgment is GRANTED and therefore plaintiff's Complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 5th day of March, 2013.

DATED: March 6, 2013

                                              *[signature]*
                                              Clerk of Court

                                              S/

                                              Joanne Bleskoski
                                              Deputy Clerk